1  SCOTT A. FREEDMAN (SBN 240872)
   JAMES B. KRAUS (SBN 184118)
2  ZACKS, FREEDMAN & PATTERSON, P.C.
   235 Montgomery Street, Suite 400
3  San Francisco, CA  94104
   Tel:    415.956.8100
4  Fax:    415.288.9755

5  Attorneys for:
   CSV Hospitality Management LLC, 445 O'Farrell
6  Street LLC, Suresh Patel, Sailesh Dvedhara

7

8                 UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                     (SAN FRANCISCO)

11

12  BERKLEY ASSUANCE COMPANY, an        Civil Action No. 3:16-cv-2846 WHO
    Iowa Corporation,
13                                       STIPULATION TO CONTINUE HEARING
            Plaintiff,                   DATES AND ASSOCIATED DEADLINES
14
    v.                                   Complaint Filed:  May 26, 2016
15
    CSV HOSPITALITY MANAGEMENT LLC,      Motion Hearing: 8/24/2016, 9:00 a.m.
16  a California limited liability company; 445
    O'FARRELL STREET LLC, a California   Case Management Conference: 8/30/2016, 2 p.m.
17  limited liability company; SURESH PATEL,
    an individual; and SAILESH DVEDHARA, Judge William Orrick
18  and individual,                      Courtroom 2, 17th Floor

19          Defendants.

20

21       The parties, plaintiff BERKLEY ASSURANCE COMPANY and defendants CSV

22  HOSPITALITY MANAGEMENT LLC, 445 O'FARRELL STREET LLC, SURESH

23  PATEL, and SAILESH DVEDHARA, by and through their respective counsel, hereby

24  notify the Court that because they expect settlement to be finalized within the next 10

25  days, the parties hereby stipulate to continuing Defedants' FRCP 12(b)(6) motion and

26  the case management conference to September 14 at 9:00 a.m., and all associated

27  deadlines continued in accordance with the new date.

28

                                        1
                             Stipulation to Continue Hearings (FRCP 12(b)(6))
                                            3:16-cv-2846 WHO

ZACKS, FREEDMAN & PATTERSON, P.C.
235 MONTGOMERY STREET, SUITE 400
SAN FRANCISCO, CALIFORNIA 94104

1  IT IS SO STIPULATED.

2

3  Date: August 2, 2016                    ZACKS, FREEDMAN & PATTERSON, PC

4                                          /s/ James B. Kraus

5                                          By:   James B. Kraus
6                                                Counsel for Defendants

7

8

9  DATE:  August 2, 2016                   HINSHAW & CULBERTSON LLP

10                                          *See attached email*

11                                          _____
                                            MARIA S. QUINTERO
12                                          TRAVIS WALL
                                            Attorneys for Plaintiff BERKLEY
13                                          ASSURANCE COMPANY
                                            _____

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                           _____
                                                           2

ZACKS, FREEDMAN & PATTERSON, P.C.
235 MONTGOMERY STREET, SUITE 400
SAN FRANCISCO, CALIFORNIA 94104

## James B. Kraus

| | |
|---|---|
| **From:** | MQuintero@hinshawlaw.com |
| **Sent:** | Tuesday, August 02, 2016 3:45 PM |
| **To:** | James B. Kraus |
| **Cc:** | twall@mail.hinshawlaw.com |
| **Subject:** | RE: Winton Hotel - Stip re Settlement & Motion - Needs to be Filed Today |

9/14 is available - ok to move to this date

**Maria S. Quintero**
Partner
Hinshaw & Culbertson LLP
One California St. 18th Floor, San Francisco, CA 94111
Tel: 415-362-6000; 415-263-8153 | Fax: 415-834-9070
E-mail: MQuintero@hinshawlaw.com
www.hinshawlaw.com

# HINSHAW
& CULBERTSON LLP

| | |
|---|---|
| From: | "James B. Kraus" <james@zfplaw.com> |
| To: | "MQuintero@hinshawlaw.com" <MQuintero@hinshawlaw.com>, |
| Cc: | "twall@mail.hinshawlaw.com" <twall@mail.hinshawlaw.com> |
| Date: | 08/02/2016 03:34 PM |
| Subject: | RE: Winton Hotel - Stip re Settlement & Motion - Needs to be Filed Today |

Maria,

I just spoke with Judge Orrick's courtroom deputy.  She said we could stipulate to continuing the 12(b)(6) and the CMC to September 14 and the associated deadlines accordingly.  Do you stipulate to doing this?  If so, I will attach your return email to the stip/order.

James

James B. Kraus
Zacks, Freedman & Patterson, PC

**From:** MQuintero@hinshawlaw.com [mailto:MQuintero@hinshawlaw.com]
**Sent:** Tuesday, August 02, 2016 2:55 PM
**To:** James B. Kraus <james@zfplaw.com>
**Cc:** twall@mail.hinshawlaw.com
**Subject:** RE: Winton Hotel - Stip re Settlement & Motion - Needs to be Filed Today

The continuance request is fine but to be valid per local rules the request needs to be on file today (before tomorrow's opp deadline).  plaintiff does not have to sign off on it.  let me know you'll be filing it today and we will hold off filing the opp

1

SCOTT A. FREEDMAN (SBN 240872)
JAMES B. KRAUS (SBN 184118)
ZACKS, FREEDMAN & PATTERSON, P.C.
235 Montgomery Street, Suite 400
San Francisco, CA 94104
Tel:     415.956.8100
Fax:    415.288.9755

Attorneys for:
CSV Hospitality Management LLC, 445 O'Farrell
Street LLC, Suresh Patel, Sailesh Dvedhara

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# (SAN FRANCISCO)

| | |
|---|---|
| BERKLEY ASSUANCE COMPANY, an Iowa Corporation,<br><br>        Plaintiff,<br><br>v.<br><br>CSV HOSPITALITY MANAGEMENT LLC, a California limited liability company; 445 O'FARRELL STREET LLC, a California limited liability company; SURESH PATEL, an individual; and SAILESH DVEDHARA, and individual,<br><br>        Defendants. | Civil Action No. 3:16-cv-2846 WHO<br><br>ORDER GRANTING PARTIES' STIPULATION TO CONTINUE HEARING DATES AND ASSOCIATED DEADLINES<br><br>Complaint Filed: May 26, 2016<br><br>Motion Hearing: 8/24/2016, 9:00 a.m.<br><br>Case Management Conference: 8/30/2016, 2 p.m.<br><br>Judge William Orrick<br>Courtroom 2, 17th Floor |

Pursuant to the parties' August 2, 2016 stipulation, the Court hereby continues Defendants' Rule 12(b)(6) motion from August 24 to September 14 and the case management conference from August 30 to September 14, both at 9:00 a.m.

IT IS SO ORDERED

Date: August __2__ , 2016

_____
United States District Judge

ZACKS, FREEDMAN & PATTERSON, P.C.
235 MONTGOMERY STREET, SUITE 400
SAN FRANCISCO, CALIFORNIA 94104

1

Order Continuing Hearings (FRCP 12(b)(6))
3:16-cv-2846 WHO