United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERKLEY ASSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>CSV HOSPITALITY MANAGEMENT LLC, et al.,<br><br>    Defendants. | Case No. 16-cv-02846-WHO<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT**<br><br>Re: Dkt. No. 29 |

The parties to the action, by and through their counsel, have advised the Court that they have agreed to a settlement.

IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE and any hearings scheduled in this matter are VACATED. **IT IS SO ORDERED**.

Dated: August 31, 2016

_____
WILLIAM H. ORRICK
United States District Judge